UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -

LICHTERMAN,

           Defendant.

15-cr-302 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the defendant. The letter states that certain documents should be filed under seal, but notes that the sentencing transcript is not filed under seal.

The Court was never asked to, and did not, file the sentencing transcript under seal. In any event, there was no basis to seal the sentencing transcript.

The Court did order the Pre-Sentence Report, and the Sentencing submissions from the parties to the Court, to be filed under seal, and they were so filed.

The Court also told the parties to file their submissions in the record not under seal after redacting any personal identifying information.

The record reflects that the Government submission was so filed. Defense counsel should also ensure that its submission is filed in the record not under seal, after redacting any personal identifying information.

There is no basis for any other action by the Court.

**SO ORDERED.**

**Dated:**   **New York, New York**
     **November 14, 2016**

_____
John G. Koeltl
**United States District Judge**



November 8, 2016

Hon. John G. Koltl
United States District Judge
500 Pearl Street
New York, New York 10007-1312

        Re:    Case 1:15-cr-00302-JGK / Verification of Sealed Court Documents

Dear Hon. John G. Koltl,

    On February 11th, I had a sentencing hearing in your court. In that hearing, it was stipulated by you to the court and to the clerk that the court documents relating to this Case were to be 'sealed'.

    However, as of today, the Pacer Service Center has had it displayed to the general public. When we contacted them about it, the representative from the Pacer Service Center not only had states (see attached responses) that you unsealed the case on the day (December 22, 2014) that I turned myself into the Government, the representative also states that there is no mention of it be sealed or resealed as it was described, on February 11th, 2016 on that docket.

    Could you please pull up the minutes unless that statement that representative at the Pacer Service Center regarding the docket not stating anything about the Sealed Documents is not true? Or, can you verify that the docket does have that order on it? Either way would then verify your order for the Case to be sealed.

    And, can you please send that verification to myself and to the Pacer Service Center itself?

    I appreciate your help with regard to this matter. I also apologize for bothering you about this issue considering your busy schedule.

Yours truly,

Don Lichterman

cc: Pacer Service Center

On 11/7/2016 2:47 PM, pacermail@psc.uscourts.gov wrote:
There is nothing on the case docket that indicates the case was resealed.

If you have questions about this you will want to contact the court directly. You will find contact information at the court's home page www.nysd.uscourts.gov.

Thank you,
Judi

PACER Service Center
Phone: 210-301-6440
Toll Free: 800-676-6856
For Frequently Asked Questions: http://www.pacer.gov/psc/hfaq.html
For Account Information. https://www.pacer.gov/psco/cgi-bin/psclogin.pl

---

On 11/7/2016 12:49 PM, pacermail@psc.uscourts.gov wrote:
The case was unsealed by oral order of Judge John G. Koeltl on 12/22/2014.

The PACER system provides electronic access to case information from the federal courts (only) across the United States. All documents in the PACER application are derived and maintained by the adjudicating federal court. The information gathered from the PACER system is a matter of public record and may be reproduced without permission.

To have information removed from the internet, the adjudicating court would either have to (re)seal the records or you will want to request the party who posted the information to the internet, www.unitedstatescourts.org, remove the records from their website. You will want to contact them regarding this issue.

Thank you,
Judi

PACER Service Center
Phone: 210-301-6440
Toll Free: 800-676-6856
For Frequently Asked Questions: http://www.pacer.gov/psc/hfaq.html
For Account Information: https://www.pacer.gov/psco/cgi-bin/psclogin.pl