UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

DON LICHTERMAN,

Defendant.

15-cr-302 (JGK)

Order

**John G. Koeltl, District Judge:**

The Court received from the defendant a copy of a certification of criminal disposition and other supporting documents. Because those documents contain personal identifiable information, the documents will be filed under seal.

The defendant requests that the records of his criminal conviction be sealed. The Government should respond to the application by **August 14, 2026**. The defendant may reply by **August 28, 2026**.

The Clerk is respectfully requested to mail a copy of this Order to the defendant at the address below and to note mailing on the docket.

Don Lichterman
1928 Kennet Court
Cherry Hill, NJ 08003

**SO ORDERED.**

**Dated:** **New York, New York**
**July 30, 2026**

John G. Koeltl
United States District Judge